IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SYNGENTA SEEDS, INC., ET AL., )<br>    )<br>Plaintiffs,   )<br>    )<br>vs.   )<br>    )<br>COUNTY OF KAUAI,   )<br>    )<br>Defendant.   )<br>_____ ) | CIV. NO. 14-00014 BMK<br><br>JUDGMENT |

## JUDGMENT

IT IS ORDERED AND ADJUDGED that Judgment is entered pursuant to the Order on Preemption and Order on Various Motions. Judgment is entered in favor of Plaintiffs Syngenta Seeds, Inc., Syngenta Hawaii, LLC, Pioneer Hi-Bred International, Inc., Agrigenetics, Inc., and BASF Plant Science LPs and against Defendant County of Kauai and Intervenors Ka Makani Ho`opono, Center for Food Safety, Pesticide Action Network North America, and Surfrider Foundation.

By entry of this Judgment, the Court (1) declares that the Ordinance is preempted by state law and is therefore invalid, and (2) enjoins the County from implementing or enforcing the Ordinance.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 23, 2014.



   /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Syngenta, et al. v. County of Kauai, CIV. NO. 14-00014 BMK; JUDGMENT.